FILED
SEP 27 2013
SEP 27 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Plaintiff: Zachary T. Morris
P.O. Box 5325
Gainesville, Florida 32627

v.

Defendant: Loyola University of Chicago
820 North Michigan Avenue
Chicago, Illinois 60611

13cv6970
Judge John J. Tharp, Jr
Magistrate Jeffrey T. Gilbert

Complain:

For my Complaint: Loyola University of Chicago violated my 14th amendment right's to due process of the law and my right's to equal protection as required by law as it pertain to educational matters. Loyola University of Chicago ran roughshod over my individual right's to due process when I was kicked out of Loyola without being given a hearing. My individual right's to a fair and speedy trial was neglected by Loyola after I requested a hearing in writing. The administration at Loyola University of Chicago kicked me out of college for no given reason from August

Plaintiff: Zachary T. Morris
P.O. Box 5325
Gainesville, Florida 32627

v.

Defendant: Loyola University of Chicago
820 North Michigan Ave.
Chicago, Illinois 60611

## Complaint

2001 to September 2003 and from September 2003 to the present. This cruel and unusual punishment is a violation of my 14th amendment right's under the equal protection clause. Loyola engaged in the abridgment of my educational privileges once I spoke to the Loyola administration about a one time only Parent Loan for Undergraduate Students (a.k.a P.L.U.S loan) that has been switched to a stafford loan of more than $30,000 (dollars). The plus loan was $4,000 (dollars) and once I got the remaining amount to $1,100 (PLUS), the P.L.U.S loan was switched to a $30,000 dollar stafford loan. In the summer of 2000 I brought the matter of the student loan mix up to the attention of a dean

Plaintiff: Zachary T. Morris
P.O. Box 5325
Gainesville, Florida 32627

v.

Defendant: Loyola University of Chicago
820 North Michigan Ave.
Chicago, Illinois 60611

## Complaint

on the Lake Shore Campus (Loyola University-Chicago) and I heard nothing else from her. I was not allowed to register for the fall 2000 or the spring 2001 semesters. I was forced to slave as a professional over the road driver. This is how I paid off Loyola when I attended and I was refused student aid of any kind. When I returned to Loyola for summer school during the summer of 2001, I talk to Eric Weems and a guy name House and neither one would talk to me after our first meeting. Eric Weems lied and said I had made a threat towards him. No police! I was denied financial aid again which meant I was forced to engage the road (OTR) to payoff Loyola for attending during the summer (2001).

Plaintiff: Zachary T. Morris
P.O. Box 5325
Gainesville, Florida 32627

v.

Defendant: Loyola University of Chicago
820 North Michigan Ave.
Chicago, Illinois 60611

## Complaint

I was not allowed to attend Loyola during the Fall 2001 and Spring 2002 semesters. In the spring of 2003 (January) I tried to return to Loyola to complete my degree and the administration kept hanging the phone up on me. In the late spring (May) I started receiving letters from Loyola's administration stating that I had threaten Eric Weems in 2001 which is a lie. I did not use scare tactics because eric said he did not know why I am not allowed to receive financial aid. I did request a hearing around August (2003) in writing and not a sole at Loyola responded. The due process and equal protection of my right's has been denied. The 14th amendment of the United States Constitution requires

Plaintiff: Zachary T. Morris
P.O. Box 5325
Gainesville, Florida 32627

v.

Defendant: Loyola University of Chicago
820 North Michigan Ave.
Chicago, Illinois 60611

## Complaint

government officials to be fair as they conduct government business and this government includes educators. The United State Constitution regulates private conduct (schools and citizens). I (Zachary T. Morris) have not been accorded fair and proper treatment under procedural due process by Loyola University of Chicago. Loyola University of Chicago cannot deprive me of the constitutional right's I have as an American citizen, but Loyola deprived me. Loyola University of Chicago deprived me of privileges and immunities as a citizen of the United States of America. My liberty to attend the college of my choice has been violated. My liberty to pursue a better life has been violated by Loyola.

Plaintiff: Zachary T. Morris
P.O. Box 5325
Gainesville, Florida 32627

v.

Defendant: Loyola University of Chicago
820 North Michigan Ave.
Chicago, Illinois 60611

## Complaint

The administrations judgement to kick me out of Loyola was not educationally sound because I was forced to protect myself from an administration refusing to protect me. Loyola's school authorities acted selfishly and unreasonably towards me (Zachary T. Morris) as they violated my equal protection right's. My complaint against Loyola involves "liberty interest" and Loyola refuses me due process. Loyola classified me as unfit to attend and this lack of sound reason leads to controversial educational practice.

For this illegal and gross violation of my 14th amendment right's to due process of the law and the violation of my right's under the equal protection clause of unreasonable

Plaintiff: Zachary T. Morris
P.O. Box 5325
Gainesville, Florida 32627

v.

Defendant: Loyola University of Chicago
820 North Michigan Ave.
Chicago, Illinois 60611

## Complaint

classification. The violation of falsifying student loans in my name and defamation of chracter. I was kicked out of Loyola based on denied allegations. There was no restraing order restraining me by a judge and Loyola kick me of the university. I been unlawfully deprived of a college education and a college degree. My undertaking in college Loyola was not harmful, but regarded by me as useful and meritorious. I have a constitutional right to attend Loyola University of Chicago to aid in preparing myself for additional obligations in life. Kicking me out of Loyola served no demonstrable interest (public), but instead amounted to a deliberate plan of slander, control of my life, infringement on my right's as

Plaintiff: Zachary T. Morris
P.O. Box 5325
Gainesville, Florida 32627

v.

Defendant: Loyola University of Chicago
820 North Michigan Ave.
Chicago, Illinois 60611

## Complaint

a United States citizen and a student attending Loyola University of Chicago. The illegal violations towards my freedom of choice in my educational pursuits is why I (Zachary T. Morris) am suing Loyola University Chicago.

Within the eastern jurisdiction: My case against Loyola University of Chicago is a case involving the violation of my 14th amendment rights to due process as well as my rights under the equal protection. My case involves the falsification of Federal Student loans in my (Zachary T. Morris) name by Loyola University of Chicago.

For my (relief): (a) I (Zachary T. Morris) seek one million to twelve million dollars in a monetary settlement from Loyola University of Chicago. (b) Reinstatement into Loyola University of Chicago as a full time

Plaintiff: Zachary T. Morris
P.O. Box 5325
Gainesville, Florida 32627

v.

Defendant: Loyola University of Chicago
820 North Michigan Ave.
Chicago, Illinois 60611

## Complaint/Relief

Continued (Relief): Student with full university amenities: 21 meal plan, Free housing, tutoring when needed, Halas sports center membership. (c) Being that so much time has passed I would like to be allowed to pursue multiple degrees at Loyola, and no pushing me or rushing me to finish. (d). I would like access to the language and computer center. (e) I ask that the court make Loyola pay for my masters degree or PhD in computer science and mathematics. The above relief I am asking for is within the means of Loyola University of Chicago.